UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA f/u/b/o )
Precision Roofing and Sheet Metal, LLC, )
                                        )
            Plaintiff,                  )
                                        )
v.                                      )   No.:  3:20-CV-45-TAV-HBG
                                        )
NORTH AMERICAN SPECIALTY                )
INSURANCE COMPANY,                      )
                                        )
            Defendant.                  )

# ORDER

This civil matter is before the Court on a Report and Recommendation (R&R) entered by United States Magistrate Judge H. Bruce Guyton on August 7, 2020 [Doc. 26]. In the R&R, the magistrate judge recommends the Court grant Defendant's Objection to Request for Entry of Default [Doc. 21] and deny plaintiff's Request for Entry of Default [Doc. 16]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After careful review of the matter, the Court agrees with the magistrate judge's recommendations. Accordingly, the Court **ACCEPTS** in full the R&R [Doc. 26] pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** as follows:

1. Defendant's Objection to Request for Entry of Default [Doc. 21] is **GRANTED**.

2. Plaintiff's Request for Entry of Default [Doc. 16] is **DENIED**.

IT IS SO ORDERED.

           s/ Thomas A. Varlan
           UNITED STATES DISTRICT JUDGE